```
 1                    UNITED STATES DISTRICT COURT    JS - 6

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3   UNITED STATES OF AMERICA,        )
                                      )
 4                 Plaintiff,         ) SACV 10-1006-JVS(MLGx)
                                      )
 5            v.                      )
                                      )
 6   118 cases, more or less, of an   )
     article of device, each case con-) (28 U.S.C. 1345 and
 7   taining 24 unlabeled boxes,      )  21 U.S.C. 334)
     more or less, each               )
 8   box containing 1 FastSize EQM™,  )
     Erectile Quality Monitor, labeled)
 9   in part:                         )
                                      )
10   (case)                           )
     "*** FastSize, LLC. *** Item:    )
11   FastSize EQM Quantity: 24 units  )
     Made in China *** Gross weight:  )
12   8.2 LBS Net weight: 5.8 LBS      )
     Dimensions: 12¼ x 7¾ x 10¼ INCH  )
13   ***"                             )
                                      )
14   (device)                         )
     "*** Erectile Quality Monitor ***)
15   FastSIZE *** MANUFACTURED AND    )
     DISTRIBUTED BY FASTSIZE, LLC *** )
16   Mod. EQM *** S/N *** EQM- *** CARE)
     AND CLEANING INSTRUCTIONS IN     )
17   MANUAL *** Made in China ***"    )
                                      )
18   689 unlabeled units, more or less,)
     of the FastSize Extender in      )
19   clear, sealed plastic pouches,   )
                                      )
20   136 unlabeled units, more or less,)
     of components used in the manufac-)
21   ture of the FastSize Extender,   )
                                      )
22   and                              )
                                      )
23   any other articles of device in  )
     any size of type of container,   )
24   labeled or unlabeled, that contain)
     the FastSize EQM™, Erectile      )
25   Quality Monitor, and FastSize    )
     Extender, and which are          )
26   located anywhere on the premises )
     of FastSize LLC., 101 Columbia,  )
27   Suite 150, Aliso Viejo, California)
     ***"                             )
28                                    )
                   Defendants.        )
```

**DEFAULT JUDGMENT AND DECREE OF
CONDEMNATION, FORFEITURE, AND DESTRUCTION**

On July 1, 2010, a Verified Complaint for Forfeiture against the above captioned articles ("Defendant Articles") was filed in this Court. The Verified Complaint for Forfeiture alleges that the Defendant Articles of device are adulterated under the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. §§ 351(f)(1)(B) and 351(h), are misbranded under 21 U.S.C. §§ 352(f)(1), 352(o), and 352(t)(2), and thus are subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334.

Pursuant to a Warrant for Arrest issued by this Court, the United States Marshal for this district seized the Defendant Articles on July 27, 2010.

It appearing that process was duly issued in this action and returned according to law; that public notice of the arrest and seizure of the Defendant Articles was given according to law; and that no person or entity has appeared to claim the Defendant Articles within the time specified by the Warrant for Arrest and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is on motion of the United States for a Default Judgment and Decree of Condemnation, Forfeiture, and Destruction, hereby:

ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, that the default of all persons and entities having any right, title, or interest in the Defendant Articles under seizure, including Fastsize, LLC, be and is hereby entered; and it is further

1  ORDERED, ADJUDGED, AND DECREED, that the Defendant Articles
2  are adulterated while held for sale after shipment of one or more
3  of their ingredients in interstate commerce, within the meaning of
4  the Act, 21 U.S.C. §§ 351(f)(1)(B) and 351(h), are misbranded under
5  21 U.S.C. §§ 352(f)(1), 352(o), and 352(t)(2); and it is further
6  ORDERED, ADJUDGED, AND DECREED, pursuant to 21 U.S.C. § 334,
7  that the United States Marshal for this district shall forthwith
8  destroy the forfeited and condemned Defendant Articles and make due
9  return to this Court.  Destruction shall be in a manner that
10 complies with the National Environmental Policy Act of 1969 and in
11 the presence of a representative from the United States Food and
12 Drug Administration.

14 Dated this the 4th day of November, 2010.

_____
James V. Selna
United States District Judge